249 So.2d 203

Dorothy M. ROWLEY

v.

LUMBERMENS MUTUAL CASUALTY
COMPANY et al.

No. 51497.

June 21, 1971.

In re: Dorothy M. Rowley applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 247 So.2d 135.

Writ refused. We find no error of law in the judgment complained of.

249 So.2d 203

William WATTS, Jr. et al.

v.

CITY OF BATON ROUGE et al.

No. 51518.

June 21, 1971.

In re: Parish of East Baton Rouge applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 248 So.2d 42.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.